# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**CHRISTOHER M FIORE,**
**Petitioner**

vs.                                                                Case Number:   **06-2085**

**UNITED STATES OF AMERICA**

☐  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for habeas corpus relief is DENIED.  The case is terminated.

ENTER this 9th day of November 2006.

s/JOHN M. WATERS, CLERK
JOHN M. WATERS, CLERK

s/K. Wynn

BY:  DEPUTY CLERK