# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**CHRISTOPHER FIORE,**
**Petitioner,**

vs.                                                                                          Case Number:   **06-2085**

**UNITED STATES OF AMERICA,**
**Respondent.**

☐   **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐   **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the petition to vacate, set aside, or correct sentence is dismissed for lack of jurisdiction.

ENTER this 4th day of December 2007.

s/JOHN M. WATERS, CLERK
JOHN M. WATERS, CLERK

s/K. Wynn
BY:  DEPUTY CLERK

AO 450 (Rev. 5/85) Judgment in a Civil Case